JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California non-profit association,<br><br>Plaintiff,<br><br>v.<br><br>CJI PROCESS SYSTEMS, INC.; a California corporation; CJI PROCESS SYSTEMS, INC. dba LEE RAY SANDBLASTING AND COATING,<br><br>Defendant. | Case No. 2:24-cv-06406-DOC-BFM<br><br>**ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE AND RETAINING JURISDICTION OVER SETTLEMENT AGREEMENT**<br><br><u>FRCP 41(a)(2)</u><br><br>**(Federal Water Pollution Control Act, <u>33 U.S.C. §§ 1251</u> et seq.)** |

**ORDER**

Good cause appearing, and the Parties having stipulated and agreed, IT IS HEREBY ORDERED as follows:

Plaintiff LOS ANGELES WATERKEEPER's claims against Defendant CJI PROCESS SYSTEMS, INC. dba LEE RAY SANDBLASTING AND COATING, as set forth in the Complaint filed in this action, are hereby dismissed in their entirety with prejudice, and the Court shall retain jurisdiction over the Parties for purposes of dispute resolution and enforcement of the Consent Decree, attached hereto as **Exhibit A** and fully incorporated by reference herein. Each Party shall bear its own attorneys' and expert fees and costs, except as provided for in the Settlement Agreement.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 30, 2025

_____
HON. DAVID O. CARTER
United States District Court Judge